BANKruptcy Court ~~██████████~~
~~██████████████████████~~
~~████████~~

✂ RECEIVED

United States ~~██~~ ~~██████~~

13-24729 K

~~THOMAS M. GOLD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS~~

Andrew Lee Jamison /creditor beneficiary,
Edward Darrell Becton Living
beneficiaries/King creditor

Bankruptcy CASE No: 2:12cr20323-STA,

UNITED STATES BANKRUPTCY COURT
WESTERN DIVISION

FILED
MAY 02 2013

JED G. WEINTRAUB
CLERK OF COURT
WESTERN DISTRICT OF TENN.

CR2005-0037CD, And
2:12CR20020012JPM,
CR.NO. 12-CR-20020

INVoLuntary BANKRUPTCY AGAINST The Court

Comes Now, King /creditor Edward Darrell Becton [non-corporate entity] And Andrew Lee Jamison [non-corporate entity] has Submitted Bond in the Above case Numbers placing Court's in Default for not responding to such demands Authorizing King/Creditor to discharge these matters by bringing Involuntary Bankruptcy AGAINST the court to discharge the Bonds Because the AGREED Parties have Established Edward Darrell Becton as owner of Both Estates by Acceptance for value and willingness to allow King/Creditor To use his Exemptions to discharing the Obligations Immediately.

Commercial Crimes Code of Federal regulations, Chapter 27, Section 72.11 Any of the following types of crimes (Federal or State): Offenses Against the revenue laws; burglary, robbery, illegal sale or possession of deadly weapons, attempting to commit and conspiring to commit "ALL CRIME IS COMMERCIAL". Any action/complaint/transaction initiated by state/ federal agents are commercial in nature in light of the fact they impose a quasi-monetary fine in violation of Art. I § 10 & Art. 11 § 1 And the U.S. Bankruptcy

Ownership of the Property, I Edward Becton King/creditor and creditor beneficiary ~~██~~ Andrew Jamison and each Surety declare under penalty of perjury that the Above Information is true and correct.

DATE: 4-9-13

_Andrew Lee Jamison_
Living beneficiary / creditor beneficiary
[non-corporate entity]

Date: 4/9/13

_Edward D. Becton_
Living Beneficiary
King /creditor



# AGREEMENT BETWEEN PARTIES

Andrew Lee Jamison and Edward Darrell Becton

Creditor ▪▪▪ beneficiary                King/Creditor **13-24729 K**

The Property at stake in the proceeding is The BOND. Therefore Edward Becton Living beneficiary and Andrew Jamison Living beneficiary demands to secure TITLE AS A right to the BONDS behind this fictitious criminal prosecution to be Immune from a BOGUS Conviction. How to get the TiTle there must be an agreement between the Parties concerning the identity of the creditor on the bond. Furthermore the Parties Shouldn't have to pay a filing fee for the bonds. Established King/Creditor Edward Darrell Becton is using his Exemption to secure TITLE TO BOTH BONDS FOR THE AGREED Parties. Also parties SUGGEST that the Court waive public Administration fee for registering the BONDS And secure the fee by performing and offset through use of Private Treasury Ucc Contract Trust Account (EIN #) F0691577 And ▪F76088183 IF THE Court does not do either it is in dishonor to the King/Creditor

## Contract Agreement

I, **Andrew Lee Jamison** and **Edward Darrell Becton** both AGREE THAT **Edward Darrell Becton** is the KING/CREDITOR concerning THE identity of the creditor

SIGNED By Parties in AGREEMENT Private Treasury Ucc Contract Trust Account
(EIN #) 410217984                                         413219188

_Andrew Lee Jamison_                              _Edward D. Becton_
▪▪▪ Party/Living beneficiary/              ▪▪▪ Party/King Creditor
Creditor beneficiary

Date: 4-9-13                                              Date: 4/9/13

Bankruptcy Court



13-24729 K

United States of America  
v.  
Edward D. Becton  
Andrew L. Jamison  
Parties

BANKruptcy  
Case No: CR.NO.12-CR-20020  
2:12CR20020012JPM & 2:12  
CR20323STA & CR2005-0037  
CD

## Penal Bond
## Parties Agreement

I, Edward Darrell Becton and Andrew Lee Jamison instructs this court to proceed in relief for the following

### Type of Bond

( ) (1) This is a Penal bond  
    (b) A bond requiring the obligor's to bind legally or morally to pay a specified sum as a penalty if the underlying obligation is not performed. Also termed a Penal Bill. sum of a two million dollars / $2,000,000.00 to each of the Parties MAY 3RD, 2013 for ownership Declarations

Ownership of the Property, We, the parties - and each surety - declare under penalty of perjury that:

(1) all owners of the property securing this Penal bond are included on the bond;

(2) the property is not subject to claims, except as described above; and

(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this Penal Bond is in effect.

Acceptance We, Edward Darrell Becton and Andrew Lee Jamison, Living Beneficiaries/Creditor/ ▇▇▇ [non-corporate entities] agent, the parties - and each surety - have read this Penal Bond and have either read all the conditions to release parties SET US FREE. I agree to this Penal Bond.

We, the parties - and each surety - declare under penalty of perjury that this information is true (See 28 U.S.C §1746)

Date: 4-9-13

Andrew Lee Jamison
Surety/property owner - printed name

_Andrew Lee Jamison_  4-9-13
Surety/property - Signature and date

_Edward D. Becton_  4/9/13
Surety/property - Signature and date

Edward Darrell Becton
surety/property owner - printed name

Date: _____

Approved

Date: _____

CLERK OF Court

_____
Clerk/Deputy Clerk

_____
JUDGE

_____
JUDGE



## Conclusion for Court Bond / Penal Bond

Filing the bond removes us from controversy. The history of the use of this bond thus far appears to be that all incarcerated users were released. Not all of them, however, remained free. It seems that the ones who stayed out permanently were those who had filed documents (such as a UCC Financing Statement, Employer Identification - with Jurat, if possible - and other documents that clarify that the real being and the strawman are two different things and that the real being is the "living principal" who autographs instruments and operates in capacity of being the authorized representative, attorney in fact, and secured party for the strawman. Those who did not put in any paperwork that states and declares this were reincarcerated after a few weeks, since they never rebutted the rebuttable presumption which is where the power is that the real being is united and amalgamated with the strawman (presumed to be the property of the system), so that whatever the system wants to do with its property (the strawman) gets enforced on the real being. Filing this Bond removes us from the controversy. We cannot be required to pay any claim for losses or costs because we have covered any and all of them by providing a bond backed by our exemption, which is unlimited. We have covered every outcome by our good-faith effort. A court exists to resolve disputes, which requires adverse parties. The bond removes us from the arena by ending the controversy and discharging any obligation there might be via the bond, whether or not there is any assessment in fact. It is our understanding that the reason a court has seventy-two (72) hours to deal with the Court Bond from the time it is filed is the requirement to adjust the books on the International Stock/Bond exchange within that time frame. This has happen in actual cases and people who filed the Court Bond have been brought into court the following morning, if not sooner.

Praying for Service  Respectfully Submitted by: Creditor beneficiary and King creditor

Employer Identification# - with Jurat is Attached





ACCEPTED FOR VALUE & HONOR EXEMPT FROM LEVY
For my Remedy, Release the Proceeds, Products,
Accounts, and fixtures in the Order(s) to Me
Immediately in the Accordance with the Public Policy,
HJR-192, UCC 10-104 and UCC 1-104
Exemption ID # 413219188
UCC Contract Trust Acct. # 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   Date: 4/9/13
Value: $200,000,000.00
/s/ Edward D. Beeton



ACCEPTED FOR VALUE & HONOR EXEMPT FROM LEVY
For my Remedy, Release the Proceeds, Products,
Accounts, and fixtures in the Order(s) to Me
Immediately in the Accordance with the Public Policy,
HJR-192, UCC 10-104 and UCC 1-104
Exemption ID # 410 217984
UCC Contract Trust Acct. # 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   Date: 4-9-13
Value: $ 100,000,000.00
/s/

Notice **13-24729 K**

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and indentification only and not for entrance into any foreign jurisdiction a benefit for the Pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father in Heaven and repent, so they will no longer be alienated from their true God, Yahweh.

JURAT

SHELBY COUNTY ]
] SS:
TENNESSEE STATE ]

Subscribed and affirmed before me this 9 day for the April 2013 month in the year of our Lord and Savior, Two Thousand and Thirteen, A.D.

Dedrick Woods
Notary

(Seal: DEDRICK WOODS, STATE OF TENNESSEE NOTARY PUBLIC, TIPTON COUNTY)

ADDRESS of Notary Tipton Co.

My Notary Expires 11-14-15



